■ ANNIE YANOLATOS et al., Appellants, v. HOWARD ROTTERMAN, Respondent, et al., Defendant.— Judgment unanimously reversed on the law and on the facts, with costs to appellants Annie Yanolatos and David Yanolatos, their actions severed and a new trial ordered as to such appellants unless respondent stipulates to increase the verdict in favor of Annie Yanolatos to $25,000 and the verdict in favor of David Yanolatos to $2,500, in which event the judgment, as so modified, is affirmed, with costs to said plaintiffs-appellants. On the record before us, the verdicts in favor of appellants Annie Yanolatos and David Yanolatos are grossly inadequate and should not have been less than $25,000 for Annie Yanolatos and $2,500 for David Yanolatos. The judgment in favor of plaintiff Elizabeth Yanalatos is unanimously affirmed, with costs to respondent. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ MARY MARIANI, Appellant, v. WALTER J. MAHER, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente and Stevens, JJ.

■ In the Matter of the Estate of ALEXANDER MAREK, Deceased. JULIA IOANNOU, Appellant; THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Order entered on June 29, 1960, dismissing the petition, unanimously affirmed, with costs to all parties filing briefs, payable out of the fund. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of 5TH AND 14TH REALTIES, INC., et al., Appellants, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Final order entered on September 15, 1960, reducing assessments for the tax years 1958–1959 and 1959–1960, unanimously modified, on the law and on the facts, by reducing the assessments for said years to land $260,000, building $60,000, total $320,000, and, as so modified, affirmed, with $20 costs and disbursements to petitioners-appellants. The proof of the purchase price of the subject properties and comparable sales in the block indicate the values found by the trial court to have been excessive. Settle order on notice. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ ABRAHAM FELDMAN et al. v. SELMA LASHLINE et al.— Motions for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Was the order of this Court, entered on April 25, 1961, modifying on the law the order of the Supreme Court, New York County, entered therein on December 19, 1960, properly made?" Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ JOSEPH NURNBERG v. C. IRVING DWORK et al.— Motion for leave to renew application for leave to appeal to the Court of Appeals denied, with $10 costs. The plaintiff's time to serve an amended complaint is extended until 20 days from the service of a copy of the order herein, with notice of entry, upon the attorneys for the plaintiff. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ COSMO OSTAPENKO v. GEORGE A. FULLER COMPANY. RIZZI, INC. v. AMERICAN BRIDGE DIVISION, UNITED STATES STEEL CORP.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ HATTIE LEARY et al., v. CITY OF NEW YORK et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ HERMAN REEDY, an Infant, by MARGARET REEDY, His Guardian ad Litem, et al. v. CITY OF NEW YORK HOUS.NG AUTHORITY.— Motion to dismiss appeal granted on the ground that this court has no jurisdiction of this appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.